RECEIVED
IN LAKE CHARLES, LA

AUG 17 2011
PAH
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

DAVID PRYCE                :      **DOCKET NO. 2:10 CV111**
#A 045 363 580

VS.                         :      **JUDGE MINALDI**

DEPARTMENT OF HOMELAND    :      **MAGISTRATE JUDGE KAY**
SECURITY

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the petition for writ of *habeas corpus* be DENIED and DISMISSED as moot.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this _15_ day of _Aug_ 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE